FORM 11-1

**UNITED STATES COURT OF INTERNATIONAL TRADE** **FORM 11**

| | |
|---|---|
| Ad Hoc Shrimp Trade Action Committee<br>Plaintiff,<br>v.<br>United States<br>Defendant. | Court No. 26-05205 |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as attorney for plaintiff, Ad Hoc Shrimp Trade Action Committee, in this action

☐ and for the parties indicated in the actions listed on the attached schedule

and requests that all papers be served on him/her.

☒ The individual attorney in the undersigned firm, corporate law department, or the Government, who is responsible for the litigation, is Nathaniel Maandig Rickard.

Date: 11/13/2026

/s/ Nathaniel Maandig Rickard
Signature

Nathaniel Maandig Rickard
Attorney

Picard Kentz & Rowe LLP
Firm

1155 Connecticut Ave., NW, Suite 700
Street Address

Washington, DC 20036
City, State and Zip Code

(202) 331-5040
Telephone Number

nrickard@pkrllp.com
E-mail Address

FORM 11-1

**UNITED STATES COURT OF INTERNATIONAL TRADE** **FORM 11**

| | |
|---|---|
| Ad Hoc Shrimp Trade Action Committee<br>Plaintiff,<br>v.<br>United States<br>Defendant. | Court No. 26-05205 |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as attorney for plaintiff , Ad Hoc Shrimp Trade Action Committee, in this action

☐ and for the parties indicated in the actions listed on the attached schedule

and requests that all papers be served on him/her.

☒ The individual attorney in the undersigned firm, corporate law department, or the Government, who is responsible for the litigation, is Nathaniel Maandig Rickard.

Date: 11/13/2026

/s/ Sophia J.C. Lin
Signature

Sophia J.C. Lin
Attorney

Picard Kentz & Rowe LLP
Firm

1155 Connecticut Ave., NW, Suite 700
Street Address

Washington, DC 20036
City, State and Zip Code

(202) 695-7624
Telephone Number

slin@pkrllp.com
E-mail Address

FORM 11-1

**UNITED STATES COURT OF INTERNATIONAL TRADE** **FORM 11**

| | |
|---|---|
| Ad Hoc Shrimp Trade Action Committee<br>Plaintiff,<br>v.<br>United States<br>Defendant. | Court No. 26-05205 |

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as attorney for plaintiff, Ad Hoc Shrimp Trade Action Committee, in this action

☐ and for the parties indicated in the actions listed on the attached schedule

and requests that all papers be served on him/her.

☒ The individual attorney in the undersigned firm, corporate law department, or the Government, who is responsible for the litigation, is Nathaniel Maandig Rickard.

Date: 11/13/2026

/s/ Zachary J. Walker
Signature

Zachary J. Walker
Attorney

Picard Kentz & Rowe LLP
Firm

1155 Connecticut Ave., NW, Suite 700
Street Address

Washington, DC 20036
City, State and Zip Code

(202) 888-0595
Telephone Number

zwalker@pkrllp.com
E-mail Address

FORM 11-1

**UNITED STATES COURT OF INTERNATIONAL TRADE** **FORM 11**

| | |
|---|---|
| Ad Hoc Shrimp Trade Action Committee<br>Plaintiff,<br>v.<br>United States<br>Defendant. | Court No. 26-05205 |

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as attorney for plaintiff, Ad Hoc Shrimp Trade Action Committee, in this action

☐ and for the parties indicated in the actions listed on the attached schedule

and requests that all papers be served on him/her.

☒ The individual attorney in the undersigned firm, corporate law department, or the Government, who is responsible for the litigation, is Nathaniel Maandig Rickard.

Date: 11/13/2026

/s/ Caitlyn M. Quinn
Signature

Caitlyn M. Quinn
Attorney

Picard Kentz & Rowe LLP
Firm

1155 Connecticut Ave., NW, Suite 700
Street Address

Washington, DC 20036
City, State and Zip Code

(202) 969-0092
Telephone Number

cquinn@pkrllp.com
E-mail Address