# CERTIFICATE OF SERVICE

Pursuant to the Rules of the U.S. Court of International Trade, I, Nathaniel Maandig Rickard, hereby certify that on November 16, 2026, I served the following individuals and notified all interested parties who were a party to the proceeding below, by mailing a copy of the foregoing Summons (ECF No. 1), Form 5 Information Statement (ECF No. 2), Form 13 Disclosure of Corporate Affiliations (ECF No. 3), Form 11 Notice of Appearance (ECF No. 4), Form 17 Business Proprietary Information Certification (ECF No. 5), and Complaint (ECF No. 6) by certified or registered mail, return receipt requested:

Attorney-in-Charge
**U.S. DEPARTMENT OF JUSTICE**
Commercial Litigation Branch
International Trade Field Office
26 Federal Plaza
Room 346
New York, NY 10278

Supervising Attorney
**U.S. DEPARTMENT OF JUSTICE**
Commercial Litigation Branch
Civil Division
P.O. Box 480
Ben Franklin Station
Washington, DC 20044

Office of the General Counsel
**U.S. DEPARTMENT OF COMMERCE**
14th Street and Constitution Avenue, NW.
Washington, DC 20230

Office of the Chief Counsel
for Enforcement & Compliance
**U.S. DEPARTMENT OF COMMERCE**
14th Street and Constitution Avenue, NW
Washington, DC 20230

**On behalf of Al's Shrimp Company, Baton Rouge Shrimp Company, Best Seapack, Bluewater Shrimp Company, Inc., Bowers Seafood, LLCC.F. Gollott and Son Seafood, Inc., Captain's Fine Foods, LLC, Carson and Company Inc., Cox's Wholesale Seafood, LLC, David Chauvin Seafood Co., LLC, Dean Blanchard Seafood, Inc, Dominick's Seafood, Inc., DoRan Seafood, LLC, Faith Family Shrimp Company, Fisherman's Reef Shrimp Company, Golden Gulf Coast Packing. Co., Inc., Gollott's Oil Dock and Ice House, Graham Shrimp Company, Gulf Crown Seafood Co., Inc., Gulf Island Shrimp & Seafood, LLC, Gulf Pride Enterprises, Inc., Hi-Seas of Dulac, Inc., Indian Ridge Shrimp Co., JBS Packing Company, Inc., Mariah Jade Shrimp, New Orleans Fish House, Ocean Springs Seafood, Pamlico Packing Company, Philly Seafood, Inc., R.A. Lesso Seafood, Inc., RCP Seafood, Seabrook Seafood, Inc., Shrimp Kingdom, Tidelands Seafood Company, Inc., Tommy's Seafood, Trico Shrimp Company, Vincent Piazza, Jr. & Sons Seafood, Inc., Wood's Fisheries, Z-Packed (Zirlott Trawlers Inc.):**

Roger B. Schagrin, Esq.
**SCHAGRIN ASSOCIATES**
900 7th Street, NW
Suite 500
Washington DC 20001

**On behalf of Empacadora del Pacifico S.A. (Edpacif), Nirsa S.A. (Nirsa), Procesadora Posorja S.A. (Proposorja), Productos Perecibles y Mariscos S.A. (Propemar), Exportadora Total Seafood S.A. (Total Seafood), Natluk S.A. (Natluk), Government of Ecuador (GOE):**

Kenneth Hammer, Esq.
**TRADE PACIFIC PLLC**
700 Pennsylvania Avenue, SE
Suite 500
Washington, DC 20003

**On behalf of U.S. Shrimpers Coalition, which is comprised of the Louisiana Shrimp Association, Georgia Commercial Fisherman's Association, SC Shrimpers Association, Texas Shrimp Association, North Carolina Fisheries Association, Alabama Commercial Fishermen Association, and Seafood Work and Waterman's Association:**

Adam Henry Gordon, Esq.
**THE BRISTOL GROUP PLLC**
1707 L Street, NW
Suite 1050
Washington, DC 20036

/s/ Nathaniel Maandig Rickard
Nathaniel Maandig Rickard

**PICARD KENTZ & ROWE LLP**
1155 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
(202) 331-5040
nrickard@pkrllp.com

*Counsel to the Ad Hoc Shrimp Trade Action Committee*